# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Lee Stewart, Jr., <br><br>    Plaintiff, <br><br> v. <br><br> Maricopa County Jail, et al., <br><br>    Defendants. | **NO. CV-20-00979-PHX-SPL (ESW)** <br><br> **JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed December 22, 2020, Plaintiff to take nothing, and the second amended complaint and action are dismissed for failure to state a claim. This dismissal may count as a "strike" under 28 U.S.C. § 1915(g).

Debra D. Lucas
District Court Executive/Clerk of Court

December 22, 2020

s/ D. Draper
By  Deputy Clerk
